**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

HOUSTON CLAY HAMILTON                                                                          PLAINTIFF

V.                                       NO: 3:15CV00055 DPM/PSH

BECKY HITT *et al*                                                                                      DEFENDANTS

**ORDER**

On September 28, 2015, and October 2, 2015, mail sent to plaintiff at his address of record was returned as undeliverable (docket entries 14 & 15). Accordingly, plaintiff is directed to provide a notice of his current address no later than 30 days after this order's entry date. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

IT IS SO ORDERED this 27th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE