**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

HOUSTON CLAY HAMILTON                                              PLAINTIFF

V.                      NO: 3:15CV00055 DPM/PSH

BECKY HITT *et al*                                                      DEFENDANTS

**<u>ORDER</u>**

On September 28, 2015, and October 2, 2015, mail sent to plaintiff at his address of record was returned as undeliverable (docket entries 14 & 15). This Court entered an order on October 27, 2015, directing plaintiff to provide a notice of his current address within 30 days (docket entry 16). The order was returned as undeliverable on November 5, 2015. The Arkansas Department of Correction's public website indicates plaintiff may be at the Arkansas Department of Correction's Cummins Modular Unit. Accordingly, plaintiff will be given more time to provide his correct address. Plaintiff is directed to provide a notice of his current address no later than 30 days after this order's entry date. Plaintiff's failure to comply will result in the recommended dismissal of his complaint. The Clerk is directed to send a copy of this order to Plaintiff at his address of record, as well as at the Cummins Modular Unit, P.O. Box 500, Grady, AR 71644-0500. Mail sent to the Cummins Modular Unit should include plaintiff's ADC number of 654768, as set forth in his complaint.

IT IS SO ORDERED this 8th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE