**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

HOUSTON CLAY HAMILTON                                    PLAINTIFF

V.                          NO: 3:15CV00055 DPM/PSH

BECKY HITT *et al*                                        DEFENDANTS

<u>**ORDER**</u>

Plaintiff Houston Clay Hamilton, a former inmate, filed a *pro se* complaint (docket entry 2), pursuant to 42 U.S.C. § 1983, on February 25, 2015, and was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (docket entry 3). On December 21, 2015, plaintiff filed a change of address notice indicating that he has now been released from custody (docket entry 23).

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If plaintiff wishes to proceed with this lawsuit, he is directed pay the $350.00 filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry date of this order. Plaintiff's failure to do so will result in the recommended dismissal of this lawsuit.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to forward an IFP application to plaintiff.

2. Plaintiff is directed to submit the $350.00 filing fee, or to complete and sign the IFP application, and file it, no later than 30 days after the entry date of this order. Plaintiff's failure to

do so will result in the recommended dismissal of his complaint.

DATED this 13th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE