# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

HOUSTON CLAY HAMILTON                                        PLAINTIFF

v.                         No. 3:15-cv-55-DPM-PSH

BECKY HITT, Administrator, Poinsett
County Jail; SUSAN COX, Nurse,
Poinsett County Jail; and LARRY MILLS,
Sheriff, Poinsett County Jail                                DEFENDANTS

## ORDER

1. The parties have asked that the Court set this case for a bench trial. The Court's calendar in the coming months is full: the next available trial setting is 30 October 2017. Magistrate Judge Harris can probably try this case sooner. The Court therefore encourages the parties to consider consenting to a trial before the Magistrate Judge. It's entirely up to the parties; but the Court highlights this option out of respect for the parties' time.

2. The Court directs the Clerk to send the parties another set of consent forms. The deadline for returning the forms is 4 November 2016. Either Magistrate Judge Harris or I will issue a Final Scheduling Order thereafter.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 October 2016