# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

HOUSTON CLAY HAMILTON                                               PLAINTIFF

v.                          NO. 3:15-cv-00055 DPM/PSH

BECKY HITT, SUSAN COX, and                                          DEFENDANTS
LARRY MILLS

## ORDER

The defendants have filed the pending motion for leave of court to depose plaintiff Houston Clay Hamilton. For good cause shown, the motion is granted pursuant to Federal Rule of Civil Procedure 30(a)(2). The defendants may depose plaintiff at a mutually agreed upon date, time, and place.

IT IS SO ORDERED this 18th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE