IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOUSTON CLAY HAMILTON                                                    PLAINTIFF
ADC #654768

V.                              NO: 3:15CV00055 DPM/PSH

BECKY HITT, *et al.*                                                    DEFENDANTS

## ORDER

Pending before the Court is the application of May 9, 2017, by attorney Mark Rees for a disbursement of funds for the reimbursement of out-of-pocket expenses. (Doc. No. 44) Mr. Rees seeks reimbursement of expenses totaling $1,217.13, pursuant to Local Rule 83.6.

Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court concludes that Mr. Rees' motion should be GRANTED. Therefore, the Clerk of the Court is ordered to distribute to Mr. Rees the amount of $1,217.13 from the Library Fund to reimburse him for out-of-pocket expenses. A copy of this order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 15th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE