IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOUSTON CLAY HAMILTON                                                              PLAINTIFF
ADC #654768

v.                         No: 3:15-cv-00055 PSH

BECKY HITT, *et al.*                                                               DEFENDANTS

## **ORDER**

Before the Court is the Joint Motion to Dismiss Plaintiff's Complaint (Doc. No. 66). The parties have entered into a settlement agreement and agree to dismiss this case with prejudice. The Joint Motion to Dismiss is GRANTED and the case is dismissed with prejudice. Any motion for reimbursement of expenses per Local Rule 83.6 is due within thirty days.

IT IS SO RECOMMENDED this 20th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE