IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOUSTON CLAY HAMILTON                                                     PLAINTIFF
ADC #654768

v.                          No: 3:15-cv-00055 PSH

BECKY HITT, *et al.*                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 20th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE